PAUL J. HEROLD, Respondent-Appellant, v. F. REED WILLS et al., Appellants-Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Callahan, Breitel and Botein, JJ. [See *ante,* p. 670.]

JENNY MARRERO, Plaintiff, v. MILDRED GLUCK, Individually and Doing Business under the Name of DAWN PATROL BEAUTY SHOP, Defendant and Third-Party Plaintiff-Appellant. HOUSE OF LONTAY, INC., et al., Third-Party Defendants-Respondents.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs. Present — Peck, P. J., Glennon, Dore and Callahan, JJ. [See *ante,* p. 672.]

MARJORIE J. NICHOLS v. CHARLES W. NICHOLS, JR.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See *ante,* p. 696.]

HUGH K. BENNETT, Respondent, v. BOYOUK KAZVINI et al., Defendants, and WALTER HART, INC., Intervener, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Callahan and Breitel, JJ. [See *ante,* p. 670.]

MIMI J. VANDERHORST v. LOUIS F. V. P. VANDERHORST.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See *ante,* p. 312.]

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Bounded by West 235th and Other Streets, in the Borough of The Bronx, Selected as a Site for PUBLIC SCHOOL No. 24. VEDBEL CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn and Breitel, JJ. [See *ante,* p. 225.]

FLORENCE W. BRILL et al., Suing for Themselves and All Other Stockholders of 551 Fifth Avenue, Inc., Similarly Situated, Respondents; CERTIFICATE ASSOCIATES, INC., et al., Interveners, Respondents; KURT E. FONTHEIM, Intervener, Appellant, and PHOEBE C. KLEIN et al., Appellants, v. CHARLES N. BLAKELEY et al., Respondents.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Dore, J. P., Cohn, Callahan and Breitel, JJ. [See 281 App. Div. 532.]

SOLOMON S. KOPPEL, Appellant, v. MIDDLE STATES PETROLEUM CORPORATION, Respondent. ELSE DE GRAAFF, Appellant, v. MIDDLE STATES PETROLEUM CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Dore, Cohn and Breitel, JJ. [See *ante,* p. 662.]